**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| PEDRO TLAPA CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  19-CV-50311 |
| v. | ) | |
| | ) | The Honorable Thomas A. Durkin |
| DAVID SNYDERS, Stephenson County Sheriff, | ) | Magistrate Judge Lisa A. Jensen |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SHERIFF DAVID SNYDERS

I, David Snyders, declare under penalty of perjury as provided by law pursuant to 28 U.S.C. § 1746 that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true:

1.      I am over the age of 18, I have personal knowledge of the following facts, and I could competently testify to the same.

2.      I am currently the elected Sheriff of Stephenson County, Illinois.  I have served in that position since 1998.

3.      Since at least 2007, in accordance with 8 U.S.C. § 1357(g)(10)(B), it has been the policy of the Stephenson County Sheriff to cooperate with, assist, and help carry out the United States Department of Homeland Security's ("DHS") duties and tasks in identifying, apprehending, detaining, and removing aliens not lawfully present in the United States.  The Stephenson County Sheriff has walked "hand-in-hand" with DHS to further the ends of the federal government in identifying, apprehending, detaining, and removing aliens not lawfully

present in the United States.  In furtherance of that end, the Stephenson County Sheriff and his employees (collectively, the "Sheriff") comply with the following DHS directives:

    a.  DHS has directed the Sheriff to contact DHS every time the Sheriff arrests and books a subject that was born in a foreign county.  As a result of this directive, the Sheriff asks every custodial arrestee his or her place of birth.  If the arrestee identifies a place outside of the United States, then the Sheriff contacts DHS and advises DHS of the detainee's name, date of birth, and place of birth.

    b.  DHS sometimes directs the Sheriff to make the foreign-born detainee available to speak on the phone.  If so directed, the Sheriff makes the detainee available to speak with the DHS agent on the telephone.

    c.  After the telephone interview, DHS sometimes sends to the Sheriff via facsimile an Immigration Detainer.  Currently, DHS is using Immigration Detainer Form I-247A.

4.    The directives set forth in Paragraphs 3(a) through 3(c) were followed with respect to the Plaintiff in this case, Pedro Tlapa Castillo ("Tlapa").  Pursuant to DHS direction, the Sheriff's employees asked Tlapa during booking where he was born, and Tlapa advised that he was born in Mexico.  Pursuant to DHS direction, the Sheriff's employees called DHS and advised the DHS agent of Tlapa's name, date of birth, and place of birth.  DHS directed the Sheriff to place Tlapa on the phone, and the Sheriff complied.  DHS then faxed to the Sheriff an Immigration Detainer on Form I-247A, a copy of which is attached as Exhibit A to this Declaration.

5.    Pursuant to the Immigration Detainer, the Sheriff detained Tlapa from January 1, 2019 until January 2, 2019, at which time DHS took Tlapa into custody.

2

6.      DHS has issued letters from time to time to the Sheriff related to the Sheriff's cooperation with DHS immigration enforcement.

7.      On December 20, 2011, DHS issued a letter to the Sheriff, a copy of which is attached as Exhibit B to this Declaration ("DHS Letter"). The DHS Letter announced revisions to the Immigration Detainer Form I-247. The DHS Letter also explained, "[DHS's] underlying authority for lodging a detainer is found in in federal regulation 8 C.F.R. § 287.7(d), which states that, '[u]pon a determination by the Department to issue a detainer for an alien not otherwise detained by a criminal justice agency, such agency *shall* maintain custody of the alien.'" (DHS Letter, emphasis added.) A "Fact Sheet" attached to the DHS Letter further explained DHS's authority for issuing an Immigration Detainer: "This request flows from federal regulations at 8 C.F.R. § 287.7, which arises from the Secretary's power under the Immigration and Nationality Act § 130(a)(3), 8 U.S.C. 1103(a)(3), to issue 'regulations . . . necessary to carry out [her] authority" under the INA, and from ICE's general authority to detain individuals who are subject to removal or removal proceedings." The DHS Letter continued:

> Detainers are critical for ICE to achieve its mission to identify and remove criminal aliens and others who have no legal rights to remain in the United States. Without the cooperation of our state and local law enforcement partners and the use of detainers, ICE could not effectively identify and remove criminal aliens before they are released into our communities. Detainers are an important public safety tool, particularly in light of recidivism rates.

8.      Prior iterations of Immigration Detainer Form I-247 stated, "Federal Regulations (8 C.F.R. 287.7) *require* that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and federal holidays) to provide adequate time for ICE to assume custody of the alien." Exhibit C to this Declaration is the former iteration of the Immigration Detainer I-247 form, with this quoted language. Although the current Immigration Detainer I-247A form has different language, DHS never communicated any change to its directive that the Sheriff hold a

3

detainee upon being provided a completed Immigration Detainer I-247A Form with a probable cause finding.

9.    Once the Sheriff agreed to cooperate with DHS, the Sheriff took direction from DHS in detaining Tlapa pursuant to the Immigration Detainer.  Based on past practice, Immigration Detainer I-247A and its prior iterations, and communications from the DHS like the DHS Letter, the Sheriff believed that his cooperation required him to detain Tlapa for up to 48 hours pursuant to the Immigration Detainer and DHS directive.

10.    Even if it is determined that compliance with the Immigration Detainer was not required under the INA or its regulations, the Sheriff's compliance with the Immigration Detainer requesting that the Sheriff detain Tlapa was in furtherance of the Sheriff cooperating with, assisting, and helping carry out DHS's duties and tasks in immigration enforcement.  The Sheriff intended to, and did, walk "hand-in-hand" with DHS to further the federal government's purpose of immigration regulation and enforcement.  The Sheriff's cooperation with DHS in immigration enforcement, as authorized by the INA, 8 U.S.C. § 1357(g)(10)(B), required compliance with the DHS's Immigration Detainer.  This is true not withstanding whether such a requirement existed absent the Sheriff's agreement to cooperate with DHS.

Further Declarant sayeth naught.

Signature: _____

Print: DAVID SNYDERS _____

Date: 02-28-2020 _____

**EXHIBIT A**

01/01/2019 15:29 FAX  001/003

DEPARTMENT OF HOMELAND SECURITY
**IMMIGRATION DETAINER - NOTICE OF ACTION**

| Subject ID: 363486123 | File No: |
|---|---|
| Event #: RII1901000001 | Date: January 1, 2019 |

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) STEPHENSON COUNTY JAIL
15 N. GALENA
FREEPORT, IL 61032

FROM: (Department of Homeland Security Office Address)
ERO - Rock Island, IL Sub-Office
ICE
ERO - Rock Island, IL Sub-Office
211 19th Street Suite M4
ROCK ISLAND, IL 64304

Name of Alien: TLPAPA-CASTILLO, PEDRO

Date of Birth: ▮▮▮▮▮     Citizenship: MEXICO     Sex: M

**DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2):**

☐ A final order of removal against the alien;

☐ The pendency of ongoing removal proceedings against the alien;

☐ Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☒ Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2):**

☐ Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

* Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling ☒ U.S. Immigration and Customs Enforcement (ICE) or ☐ U.S. Customs and Border Protection (CBP) at 312-545-7053 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
* Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form for the** detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
* Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
* Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

☐ If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

R 4691 SHEVELA - IEA

| (Name and title of Immigration Officer) | (Signature of Immigration Officer) (Sign in ink) |
|---|---|

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____

Local Booking/Inmate #: 19 00005 Estimated release date/time: 1-4-19

Date of latest criminal charge/conviction: 1-1-19   Last offense charged/conviction: DWS, OP. UNINS. VEH. DIS REGARD STOP SIGN

This form was served upon the alien on 1-1-19 , in the following manner:

☒ in person   ☐ by inmate mail delivery   ☐ other (please specify): _____

C/O DIDDENS
(Name and title of Officer)

C/O Diddens
(Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)

Exhibit A to Declaration

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice to a law enforcement agency that DHS intends to assume custody of you (after you otherwise would be released from custody) because there is probable cause that you are subject to removal from the United States under federal immigration law. DHS has requested that the law enforcement agency that is currently detaining you maintain custody of you for a period not to exceed 48 hours beyond the time when you would have been released based on your criminal charges or convictions. **If DHS does not take you into custody during this additional 48 hour period, you should contact your custodian** (the agency that is holding you now) to inquire about your release. **If you believe you are a United States citizen or the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.**

## NOTIFICACIÓN A LA PERSONA DETENIDA

El Departamento de Seguridad Nacional (DHS) le ha puesto una retención de inmigración. Una retención de inmigración es un aviso a una agencia de la ley que DHS tiene la intención de asumir la custodia de usted (después de lo contrario, usted sería puesto en libertad de la custodia) porque hay causa probable que usted está sujeto a que lo expulsen de los Estados Unidos bajo la ley de inmigración federal. DHS ha solicitado que la agencia de la ley que le tiene detenido actualmente mantenga custodia de usted por un periodo de tiempo que no exceda de 48 horas más del tiempo original que habría sido puesto en libertad en base a los cargos judiciales o a sus antecedentes penales. **Si DHS no le pone en custodia durante este periodo adicional de 48 horas, usted debe de contactarse con su custodio** (la agencia que le tiene detenido en este momento) para preguntar acerca de su liberación. **Si usted cree que es un ciudadano de los Estados Unidos o la víctima de un crimen, por favor avise al DHS llamando gratuitamente al Centro de Apoyo a la Aplicación de la Ley ICE al (855) 448-6903.**

## AVIS AU DETENU OU À LA DÉTENUE

Le Département de la Sécurité Intérieure (DHS) a placé un dépositaire d'immigration sur vous. Un dépositaire d'immigration est un avis à une agence de force de l'ordre que le DHS a l'intention de vous prendre en garde à vue (après cela vous pourrez par ailleurs être remis en liberté) parce qu'il y a une cause probable que vous soyez sujet à expulsion des États-Unis en vertu de la loi fédérale sur l'immigration. Le DHS a demandé que l'agence de force de l'ordre qui vous détient actuellement puisse vous maintenir en garde pendant une période ne devant pas dépasser 48 heures au-delà du temps après lequel vous auriez été libéré en se basant sur vos accusations criminelles ou condamnations. **Si le DHS ne vous prenne pas en garde à vue au cours de cette période supplémentaire de 48 heures, vous devez contacter votre gardien (ne)** (l'agence qui vous détient maintenant) pour vous renseigner sur votre libération. **Si vous croyez que vous êtes un citoyen ou une citoyenne des États-Unis ou une victime d'un crime, s'il vous plaît aviser le DHS en appelant gratuitement le centre d'assistance de force de l'ordre de l'ICE au (855) 448-6903**

## NOTIFICAÇÃO AO DETENTO

O Departamento de Segurança Nacional (DHS) expediu um mandado de detenção migratória contra você. Um mandado de detenção migratória é uma notificação feita à uma agência de segurança pública que o DHS tem a intenção de assumir a sua custódia (após a qual você, caso contrário, seria liberado da custódia) porque existe causa provável que você está sujeito a ser removido dos Estados Unidos de acordo com a lei federal de imigração. ODHS solicitou à agência de segurança pública onde você está atualmente detido para manter a sua guarda por um período de no máximo 48 horas além do tempo que você teria sido liberado com base nas suas acusações ou condenações criminais. **Se o DHS não leva-lo sob custódia durante este periodo adicional de 48 horas, você deve entrar em contato com quem tiver a sua custódia** (a agência onde você está atualmente detido) para perguntar a respeito da sua liberação. **Se você acredita ser um cidadão dos Estados Unidos ou a vítima de um crime, por favor informe ao DHS através de uma ligação gratuita ao Centro de Suporte de Segurança Pública do Serviço de Imigração e Alfândega (ICE) pelo telefone (855) 448-6903.**

Exhibit A to Declaration

11/21/2019 08:00 FAX ☑ 003/003

**THÔNG BÁO CHO NGƯỜI BỊ GIAM**

Bộ Nội An (DHS) đã ra lệnh giam giữ di trú đối với quý vị. Giam giữ di trú là một thông báo cho cơ quan công lực rằng Bộ Nội An số đảm đương việc lưu giữ quý vị (sau khi quý vị được thả ra) bởi có lý do khả tín quý vị là đối tượng bị trục xuất khỏi Hoa Kỳ theo luật di trú liên bang. Sau khi quý vị đã thi hành đầy đủ thời gian của bản án dựa trên các tội phạm hay các kết án, thay vì được thả tự do, Bộ Nội An đã yêu cầu cơ quan công lực giữ quý vị lại thêm không quá 48 tiếng đồng hồ nữa. Nếu Bộ Nội An không đến bắt quý vị sau 48 tiếng đồng hồ phụ trội đó, quý vị cần liên lạc với cơ quan hiện đang giam giữ quý vị để tham khảo về việc trả tự do cho quý vị. Nếu quý vị là công dân Hoa Kỳ hay tin rằng mình là nạn nhân của một tội ác, xin vui lòng báo cho Bộ Nội An bằng cách gọi số điện thoại miễn phí 1(855) 448-6903 cho Trung Tâm Hỗ Trợ Cơ Quan Công Lực Di Trú.

## 被拘留者通知書

國土安全部(Department of Homeland Security，簡稱DHS)已經對你發出移民拘留令。移民拘留令為一給予執法機構的通知書，闡明DHS意欲獲取對你的羈押權(若非有此羈押權，你將會被釋放)；因為根據聯邦移民法例，並基於合理的原因，你將會被遞解離美國國境。DHS亦已要求現正拘留你的執法機構，在你因受到刑事檢控或定罪後，而在本應被釋放的程序下，繼續對你作出不超過四十八小時的監管。若你在這附加的四十八小時內，仍未及移交至**DHS**的監管下，你應當聯絡你的監管人(即現正監管你的機構)查詢有關你釋放的事宜。若你認為你是美國公民或為罪案受害者，請致電**ICE**執法部支援中心 **(Law Enforcement Support Center)**知會**DHS**，免費電話號碼：**(855)448-6903**。

Exhibit A to Declaration

**EXHIBIT B**

Exhibit A to Declaration



**211 19th Street, Suite M-4**
**Rock Island, IL. 61201**
**Fax 309-786-7163**



# U.S. Immigration and Customs Enforcement

| | | | |
|---|---|---|---|
| **To:** | Stephenson County Sheriff's Dept. Jail | **From:** | Brent E. Wiese |
| | Freeport, IL | | Supv. Deportation Officer |
| | Attn: Dean R. Schroeder, | | |
| | Jail Administrator and/or Sheriff | | |

| | | | |
|---|---|---|---|
| **Fax:** | (815) 599-8452 | **Date:** | 12/20/2011 |
| **Phone:** | (815) 235-8254 | **Pages:** | 2 (includes cover) |
| **Re:** | New Immigration Detainer | **Phone:** | (309) 786-2262 |

☐ **Urgent**  ☒ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Comments:**

Please see the attached new version of our Immigration Detainer, Form I-247, and the noted attachments, including a letter from my local Field Office Director, Mr. Ricardo A. Wong, Chicago, IL.

Thank You,

Brent Wiese
Supervisory Deportation Officer
Immigration and Customs Enforcement
Enforcement and Removal Operations (ERO)
211 19th Street, Suite M-4
Rock Island, IL 61201
309-786-2262 (o)
309-786-2250 (Main Office number)
309-786-7163 (fax)
Brent.Wiese@dhs.gov



*Office of Detention and Removal Operations*

**U.S. Department of Homeland Security**
101 W. Congress Parkway
Chicago, IL 60605

**U.S. Immigration
and Customs
Enforcement**

December 20, 2011

Dear LEA Partners,

Attached please find information about a revised immigration detainer form that U.S.
Immigration and Customs Enforcement (ICE) will be using in the near future. An immigration
detainer (Form I-247) is a notice that DHS issues to another law enforcement agency (LEA) to
inform the LEA that ICE intends to assume custody of an individual in the LEA's custody. A
detainer serves as a request that the LEA notify ICE before releasing an alien and maintain
custody of the subject for a period not to exceed 48 hours, excluding Saturdays, Sundays, and
holidays, to allow ICE to assume custody. The agency's underlying authority for lodging a
detainer is found in federal regulation 8 C.F.R. § 287.7(d), which states that, "[u]pon a
determination by the Department to issue a detainer for an alien not otherwise detained by a
criminal justice agency, such agency shall maintain custody of the alien.".

Detainers are critical for ICE to achieve its mission to identify and remove criminal aliens and
others who have no legal right to remain in the United States. Without the cooperation of our
state and local law enforcement partners and the use of detainers, ICE could not effectively
identify and remove criminal aliens before they are released into our communities. Detainers
are an important public safety tool, particularly in light of recidivism rates.

The primary changes to the revised I-247 detainer form are as follows:

- The revised detainer form requests that the **LEA provide to the subject of the
  detainer a copy of the detainer form and a notice advising the detainee that DHS
  intends to assume custody.** The notice contains translations into Spanish, French,
  Portuguese, Chinese, and Vietnamese.

- The revised detainer form also emphasizes that LEAs may only hold an alien for **a
  period not to exceed 48 hours (excluding Saturdays, Sundays, and holidays).** If you
  have any concerns about this time period, please contact my office.

- The revised detainer form underscores that the existence of a detainer is not intended to
  limit or influence an LEA's discretion with respect to an individual's custody
  classification, work, quarter assignments, or other matters.

Exhibit B to Declaration

SUBJECT: Revised Immigration Detainer Form;

- Phone numbers are included if a law enforcement agency needs an individual to remain in the United States as a witness, and for the detainee to call if he/she has complaints or believes he/she is a victim of a crime.

Thank you for taking the time to review the attached materials. Please let my office know if you have any questions or if you would like to talk about the new detainer form further. The name of the supervisor that covers your area is Brent Wiese and his direct line is, (309)786-2262.

Thank you in advance,

Ricardo A. Wong
Field Office Director

Attachments
New Detainer Form
Frequently Asked Questions

DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| Subject ID: <br> Event #: | | File No: <br> Date: |
|---|---|---|
| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) | | FROM: (Department of Homeland Security Office Address) |

### MAINTAIN CUSTODY OF ALIEN FOR A PERIOD NOT TO EXCEED 48 HOURS

Name of Alien: _____

Date of Birth: _____ Nationality: _____ Sex: _____

## THE U.S. DEPARTMENT OF HOMELAND SECURITY (DHS) HAS TAKEN THE FOLLOWING ACTION RELATED TO THE PERSON IDENTIFIED ABOVE, CURRENTLY IN YOUR CUSTODY:

☐ Initiated an investigation to determine whether this person is subject to removal from the United States.

☐ Initiated removal proceedings and served a Notice to Appear or other charging document. A copy of the charging document is attached and was served on _____.
　　　　　　　　　　　　　　　　　(Date)

☐ Served a warrant of arrest for removal proceedings. A copy of the warrant is attached and was served on _____.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Date)

☐ Obtained an order of deportation or removal from the United States for this person.

*This action does not limit your discretion to make decisions related to this person's custody classification, work, quarter assignments, or other matters. DHS discourages dismissing criminal charges based on the existence of a detainer.*

## IT IS REQUESTED THAT YOU:

☐ Maintain custody of the subject for a period NOT TO EXCEED 48 HOURS, excluding Saturdays, Sundays, and holidays, beyond the time when the subject would have otherwise been released from your custody to allow DHS to take custody of the subject. This request flows from federal regulation 8 C.F.R. § 287.7, which provides that a law enforcement agency "shall maintain custody of an alien" once a detainer has been issued by DHS. You are not authorized to hold the subject beyond these 48 hours. As early as possible prior to the time you otherwise would release the subject, please notify the Department by calling _____ during business hours or _____ after hours or in an emergency. If you cannot reach a Department Official at these numbers, please contact the Immigration and Customs Enforcement (ICE) Law Enforcement Support Center in Burlington, Vermont at: (802) 872-6020.

☒ Provide a copy to the subject of this detainer.

☐ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☐ Notify this office in the event of the inmate's death, hospitalization or transfer to another institution.

☐ Consider this request for a detainer operative only upon the subject's conviction.

☐ Cancel the detainer previously placed by this Office on _____.
　　　　　　　　　　　　　　　　　　　　　　　(Date)

_____　　　_____
(Name and title of Immigration Officer)　　　(Signature of Immigration Officer)

## TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to the Department using the envelope enclosed for your convenience or by faxing a copy to _____ . You should maintain a copy for your own records so you may track the case and not hold the subject beyond the 48-hour period.

Local Booking or Inmate # _____ Date of latest criminal charge/conviction: _____

Last criminal charge/conviction: _____

Estimated release date: _____

**Notice:** Once in our custody, the subject of this detainer may be removed from the United States. If the individual may be the victim of a crime, or if you want this individual to remain in the United States for prosecution or other law enforcement purposes, including acting as a witness, please notify the ICE Law Enforcement Support Center at (802) 872-6020.

_____　　　_____
(Name and title of Officer)　　　　(Signature of Officer)

DHS Form I-247 (10/11) 　　　　　　　　　　　　　　　　　　　Page 1 of 3

## NOTICE TO THE DETAINEE

The Department of Homeland Security (DHS) has placed an immigration detainer on you. An immigration detainer is a notice from DHS informing law enforcement agencies that DHS intends to assume custody of you after you otherwise would be released from custody. DHS has requested that the law enforcement agency which is currently detaining you maintain custody of you for a period not to exceed 48 hours (excluding Saturdays, Sundays, and holidays) beyond the time when you would have been released by the state or local law enforcement authorities based on your criminal charges or convictions. **If DHS does not take you into custody during that additional 48 hour period, not counting weekends or holidays, you should contact your custodian** (the law enforcement agency or other entity that is holding you now) to inquire about your release from state or local custody. **If you have a complaint regarding this detainer or related to violations of civil rights or civil liberties connected to DHS activities, please contact the ICE Joint Intake Center at 1-877-2INTAKE (877-246-8253). If you believe you are the victim of a crime, please advise DHS by calling the ICE Law Enforcement Support Center at (802) 872-1310.**

## NOTIFICACIÓN A LA PERSONA DETENIDA

El Departamento de Seguridad Nacional (DHS) de EE. UU. ha emitido una orden de detención inmigratoria en su contra. Mediante esta orden, se notifica a los organismos policiales que el DHS pretende arrestarlo cuando usted cumpla su reclusión actual. El DHS ha solicitado que el organismo policial local o estatal a cargo de su actual detención lo mantenga en custodia por un período no mayor a 48 horas (excluyendo sábados, domingos y días festivos) tras el cese de su reclusión penal. **Si el DHS no procede con su arresto inmigratorio durante este período adicional de 48 horas, excluyendo los fines de semana o días festivos, usted debe comunicarse con la autoridad estatal o local que lo tiene detenido** (el organismo policial u otra entidad a cargo de su custodia actual) para obtener mayores detalles sobre el cese de su reclusión. Si tiene alguna queja que se relacione con esta orden de detención o con posibles infracciones a los derechos o libertades civiles en conexión con las actividades del DHS, comuníquese con el Joint Intake Center (Centro de Admisión) del ICE (Servicio de Inmigración y Control de Aduanas) llamando al 1-877-2INTAKE (877-246-8253). Si cree que ha sido víctima de un delito, infórmeselo al DHS llamando al Centro de Apoyo a los Organismos Policiales (Law Enforcement Support Center) del ICE, teléfono (802) 872-1310.

## Avis au détenu

Le département de la Sécurité Intérieure [Department of Homeland Security (DHS)] a émis, à votre encontre, un ordre d'incarcération pour des raisons d'immigration. Un ordre d'incarcération pour des raisons d'immigration est un avis du DHS informant les agences des forces de l'ordre que le DHS a l'intention de vous détenir après la date normale de votre remise en liberté. Le DHS a requis que l'agence des forces de l'ordre, qui vous détient actuellement, vous garde en détention pour une période maximum de 48 heures (excluant les samedis, dimanches et jours fériés) au-delà de la période à la fin de laquelle vous auriez été remis en liberté par les autorités policières de l'État ou locales en fonction des inculpations ou condamnations pénales à votre encontre. **Si le DHS ne vous détient pas durant cette période supplémentaire de 48 heures, sans compter les fins de semaines et les jours fériés, vous devez contacter votre gardien** (l'agence des forces de l'ordre qui vous détient actuellement) pour vous renseigner à propos de votre libération par l'État ou l'autorité locale. Si vous avez une plainte à formuler au sujet de cet ordre d'incarcération ou en rapport avec des violations de vos droits civils liées à des activités du DHS, veuillez contacter le centre commun d'admissions du Service de l'Immigration et des Douanes [ICE - Immigration and Customs Enforcement] [ICE Joint Intake Center] au 1-877-2INTAKE (877-246-8253). Si vous croyez être la victime d'un crime, veuillez en aviser le DHS en appelant le centre d'assistance des forces de l'ordre de l'ICE [ICE Law Enforcement Support Center] au (802) 872-1310.

## AVISO AO DETENTO

O Departamento de Segurança Nacional (DHS) emitiu uma ordem de custódia imigratória em seu nome. Este documento é um aviso enviado às agências de imposição da lei de que o DHS pretende assumir a custódia da sua pessoa, caso seja liberado. O DHS pediu que a agência de imposição da lei encarregada da sua atual detenção mantenha-o sob custódia durante, no máximo, 48 horas (excluindo-se sábados, domingos e feriados) após o período em que seria liberado pelas autoridades estaduais ou municipais de imposição da lei, de acordo com as respectivas acusações e penas criminais. **Se o DHS não assumir a sua custódia durante essas 48 horas adicionais, excluindo-se os fins de semana e feriados, você deverá entrar em contato com o seu custodiante** (a agência de imposição da lei ou qualquer outra entidade que esteja detendo-o no momento) para obter informações sobre sua liberação da custódia estadual ou municipal. Caso você tenha alguma reclamação a fazer sobre esta ordem de custódia imigratória ou relacionada a violações dos seus direitos ou liberdades civis decorrente das atividades do DHS, entre em contato com o Centro de Entrada Conjunta da Agência de Controle de Imigração e Alfândega (ICE) pelo telefone 1-877-246-8253. Se você acreditar que está sendo vítima de um crime, informe o DHS ligando para o Centro de Apoio à Imposição da Lei do ICE pelo telefone (802) 872-1310.

Exhibit B to Declaration

## THÔNG BÁO CHO NGƯỜI BỊ GIAM GIỮ

Bộ Quốc Phòng (DHS) đã có lệnh giam giữ quý vị vì lý do di trú. Lệnh giam giữ vì lý do di trú là thông báo của DHS cho các cơ quan thi hành luật pháp là DHS có ý định tạm giữ quý vị sau khi quý vị được thả. DHS đã yêu cầu cơ quan thi hành luật pháp hiện đang giữ quý vị phải tiếp tục tạm giữ quý vị trong không quá 48 giờ đồng hồ (không kể thứ Bảy, Chủ nhật, và các ngày nghỉ lễ) ngoài thời gian mà lẽ ra quý vị sẽ được cơ quan thi hành luật pháp của tiểu bang hoặc địa phương thả ra dựa trên các bản án và tội hình sự của quý vị. Nếu DHS không tạm giam quý vị trong thời gian 48 giờ bổ sung đó, không tính các ngày cuối tuần hoặc ngày lễ, quý vị nên liên lạc với bên giam giữ quý vị (cơ quan thi hành luật pháp hoặc tổ chức khác hiện đang giam giữ quý vị) để hỏi về việc cơ quan địa phương hoặc liên bang thả quý vị ra. Nếu quý vị có khiếu nại về lệnh giam giữ này hoặc liên quan tới các trường hợp vi phạm dân quyền hoặc tự do công dân liên quan tới các hoạt động của DHS, vui lòng liên lạc với ICE Joint Intake Center tại số 1-877-2INTAKE (877-246-8253). Nếu quý vị tin rằng quý vị là nạn nhân tội phạm, vui lòng báo cho DHS biết bằng cách gọi ICE Law Enforcement Support Center tại số (802) 872-1310.

## 对被拘留者的通告

美国国土安全部（DHS）已发出对你的移民监禁令。移民监禁令是美国国土安全部用来通告执法当局，表示美国国土安全部意图在你可能从当前的拘留被释放以后继续拘留你的通知单。美国国土安全部已经向当前拘留你的执法当局要求，根据对你的刑事起诉或判罪的基础，在本当由州或地方执法当局释放你时，继续拘留你，为期不超过48小时（星期六、星期天和假日除外）。如果美国国土安全部未在不计周末或假日的额外48小时期限内将你拘留，你应该联系你的监管单位（现在拘留你的执法当局或其他单位），询问关于你从州或地方执法单位被释放的事宜。如果你对于这项拘留或关于美国国土安全部的行动所涉及的违反民权或公民自由权有任何投诉，请联系美国移民及海关执法局联合接纳中心（ICE Joint Intake Center），电话号码是1-877-2INTAKE (877-246-8253)。如果你相信你是犯罪被害人，请联系美国移民及海关执法局的执法支援中心（ICE Law Enforcement Support Center），告知美国国土安全部。该执法支援中心的电话号码是(802) 872-1310。

DHS Form I-247 (10/11)

Exhibit B to Declaration



*Office of Public Affairs*
U.S. Department of Homeland Security

U.S. Immigration
and Customs
Enforcement

December 2011

# Fact Sheet

## ICE Detainers: Frequently Asked Questions

**Q1: What is an immigration detainer?**

A1: An immigration detainer (Form I-247) is a notice that DHS issues to federal, state and local law enforcement agencies (LEAs) to inform the LEA that ICE intends to assume custody of an individual in the LEA's custody.

An immigration detainer serves three key functions: 1) to notify an LEA that ICE intends to assume custody of an alien in the LEA's custody once the alien is no longer subject to the LEA's detention; 2) to request information from an LEA about an alien's impending release so ICE may assume custody before the alien is released from the LEA's custody; and 3) to request that the LEA maintain custody of an alien who would otherwise be released for a period not to exceed 48 hours (excluding Saturdays, Sundays, and holidays) to provide ICE time to assume custody.

**Q2: Why does ICE issue detainers?**

A2: Detainers are critical for ICE to be able to identify and ultimately remove criminal aliens who are currently in federal, state or local custody.

ICE relies on the cooperation of our state and local law enforcement partners in this effort.

**Q3: What if the LEA needs the individual to remain in the United States for prosecution or other law enforcement purposes?**

A3: Local law enforcement agencies (LEAs) are advised that once individuals are in ICE custody, they may be removed from the United States. If the LEA wants an individual to remain in the United States for prosecution or other law enforcement purposes, including acting as a witness, the agency should notify the local Field Office or the ICE Law Enforcement Support Center at (802) 872-6020.

**Q4: Where does ICE's authority to issue a detainer stem from?**

A4: By issuing a detainer, ICE requests that a law enforcement agency notify ICE before releasing an alien and maintain custody of the subject for a period not to exceed 48 hours, excluding Saturdays, Sundays, and holidays, to allow ICE to assume custody. This request flows from federal regulations at 8 C.F.R. § 287.7, which arises from the Secretary's power under the Immigration and Nationality Act § 103(a)(3), 8 U.S.C. 1103(a)(3), to issue "regulations . . . necessary to carry out [her] authority" under the INA, and from ICE's general authority to detain individuals who are subject to removal or removal proceedings.

Exhibit B to Declaration

Page 2 of 2

**Q6: What has been changed on the I-247 form?**

A6: The new I-247 form requests that the LEA provide to the subject of the detainer a copy of the detainer form and a notice advising him or her that ICE intends to assume custody. The notice informs these individuals that ICE has requested the LEA to maintain custody beyond the time when they would have been released by the state or local law enforcement authorities based on their criminal charges or convictions. The notice contains translations into Spanish, French, Portuguese, Chinese, and Vietnamese.

The new I-247 form also emphasizes that local law enforcement agencies (LEAs) may only hold an alien for a period not to exceed 48 hours (excluding Saturdays, Sundays, and holidays).

**Q7: What happens if ICE does not assume custody of the individual after 48 hours?**

A7: If ICE does not assume custody after 48 hours (excluding weekends and holidays), the local law enforcement agency (LEA) is required to release the individual. The LEA may not lawfully hold an individual beyond the 48-hour period.

**Q8: What if the subject of the detainer believes that he or she has been held beyond the 48 hours, or has a complaint?**

A8: The Notice to the Detainee advises individuals that if ICE does not take them into custody during the 48 hours, they should contact the LEA or entity that is holding them to inquire about their release from state or local custody.

If the individual has a complaint regarding the detainer or violations of civil rights or civil liberties connected to DHS activities, he or she should contact the ICE Joint Intake Center at 1-877-2INTAKE (877-246-8253).

**Q9: What happens if a detainer is placed on a victim of a crime or a U.S. citizen?**

A9: If the local law enforcement agency (LEA) believes the individual may be the victim of a crime or a U.S. citizen, the LEA should notify the ICE Law Enforcement Support Center at (802) 872-6020.

If the subject of the detainer believes that he or she is a victim of a crime or a U.S. citizen, that individual should advise DHS by calling the ICE Law Enforcement Support Center at the following toll-free number (855) 448-6903.

# ICE #

*U.S. Immigration and Customs Enforcement (ICE) is the largest investigative arm of the Department of Homeland Security. ICE is a 21st century law enforcement agency with broad responsibilities for a number of key homeland security priorities. For more information, visit: www.ICE.gov. To report suspicious activity, call 1-866-347-2423.*

Exhibit B to Declaration

**EXHIBIT C**

Department of Homeland Security
Immigration and Customs Enforcement

**Immigration Detainer - Notice of Action**

| File No. * |
|---|
| Date: 09/13/2009 |

DR# 00102019       Booking # *

| To: (Name and Title of Institution) | From: (ICE Office Address) |
|---|---|
| **Stephenson County Sheriff's Office**<br>**204 West Exchange St.**<br><br>**Freeport, IL 61032**<br>Or Any Subsequent Law Enforcement Agency | **Immigration & Customs Enforcement**<br>**101 W. Congress Parkway/4th FL**<br><br>**Chicago, IL 60605**<br>3129077831 |

Name of alien: ▓▓▓▓▓▓▓▓

Date of birth: ▓▓▓▓      Nationality: **MEXICO**      Sex: M

**You are advised the action noted below has been taken by U.S. Immigration & Customs Enforcement concerning the above named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____.

☐ A Warrant of Arrest in removal proceedings, a copy of which is attached, was served on _____.

☐ Deportation or removal from the United States has been ordered.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling 3129077831 during business hours or 3124467933 after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office ☐ A self addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to (309) 786-7163

Return fax to the attention of your local field office.

☒ Notify this office of the time of release at least 30 days prior to the release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____.

**RONALD SHEVELA, IEA**
(Signature of ICE official - on file)         (Title of ICE official)

Receipt acknowledged: 00102019

Date of latest conviction: 9-16-09    Latest conviction charge: DWS ; UNINSURED ; IMPROPER LANE USAGE

Estimated release date: 9-16-09

Signature and title of official: c/o Matz #42    CORRECTIONS OFFICER

Form I-247 (Rev. 4-1-97)

Exhibit C to Declaration